

what I believe to be a hollow cash-grab campaign that risks exploiting American soccer's legacy rather than building upon it.

We've all worked too hard and sacrificed too much to allow short-term schemers to undermine the credibility of American soccer. The NASL, the Cosmos, the Aztecs, et al, and the history they represent, deserve much better than Scott Michaels.

 46 · 28 Comments

Engineering

Soft Skills

See All

 Like     Comment     Share

 **Emily Harner**  18h  ···
US Women's National Soccer Team Founding member, captain, assisted & scored the first ever g...

Totally get it Werner. Just think about this people none of the original 1985 US women's national team players have been inducted into the national soccer Hall of Fame. Why you ask because the Hall of Fame was dominated by men they were voting men in. And although we qualified, there was no way they were gonna vote for us and we're not known names now so it's become pretty improbable than any of us will be inducted.  I scored an assisted the very first two goals for our US women's national team. I was the captain in 86 and 87 and 92.  I was voted by Soccer America as one of the top players of the 1980s decade.  US soccer has never recognized us.  In fact, it's our 40 year anniversary as of August 18 of the first game for the US women's national team.

We need people like you and other others in the Soccer community to speak up on our behalf. We did not have pro leagues back then.  We succeeded at every level of play at the time.  Men have been inducted for less.  Make it happen people. Emily Pickering, Stacey Enos, Lori Henry, and Kim Wyatt should all be inducted.  They qualify.

 Like ·  Reply │ 3 Reactions



**Richard Smith**  4d

Passionate Leader across Sport, Tech, Music & Media | Ops Ninja | Customer Whisperer (Fluent in…

Preach Werner Roth Preach! 👏🏼

Like · Reply   |   3 Reactions



**Scott Michaels**  4d

Football Rebel | 25K+ Subs | 20M+ Views Founder, Football Is For The Fans™ + Supporters Party …

Three years ago, Roth called my NASL revival "brilliant" so long as it had the right execution.

Now that it does? He calls it a scam.

Let's be clear: this isn't about protecting the Cosmos legacy it's about controlling who gets to tell the story. And Roth hates that it's no longer him.

He saw the vision. He saw the plan. He just assumed it would involve him.

Now that we've filed the trademarks, built the platform, and kicked off the fan-first era without him?

Suddenly I'm a "scavenger."

No Werner. What you're watching is what you couldn't build:
A new NASL, with equity for fans, not franchises.
A Soccer Bowl in 2026, backed by truth not nostalgia.
A team that doesn't need permission from old establishment gatekeepers.

Legacy isn't protected through bitterness.
It's revived through action.

And this screenshot?
That's your legacy agreeing with me.



> ...could succeed brilliantly ~~Scott~~ with the right financing, management, planning and execution, given the miasma of mediocrity in US "pro" soccer, or add to the pollution.

Like · Reply | 1 Reaction

**Jim P.** · 4d
Brand Builder/Strategist/CEO of Brands That Stand; President and/or Chairman of 30+ corporate, …

What prompts a person to try and capitalize on a legacy to which they have no rightful claim? Congrats for standing up as you have Werner.

Like · Reply | 2 Reactions

**Terry Weekes** · 4d
Sports Marketing and Sales Executive

Well said Werner! Regrettably some of today's personalities in the game have either ignored the significance of the contributions made by so many in the NASL or they have purposefully pursued their personal ambitions at the expense of the history and contributions of the games pioneers. This unfortunately is too common in the game in America today!

Like · Reply | 5 Reactions



**David Ribbens**  4d
Retired ~ Former Director of Athletics Director at the University of Chicago Laboratory Schools

Spot on Werner. He is a fraud and has been since he started this over a year ago

Like · Reply | 5 Reactions



**Jim Vogt**  13h
Founder/ Met Oval Foundation Inc.

Werner well said they are ripping off history for the almighty dollars. When times where tough didn't see this group around. They talk a great game.

Like · Reply



**John Amorim**  1d
--

What I don't understand, even if the intentions are good. I grew up with the NASL, I saw all the great players as a boy. I can't believe the NASL belongs in England. It was a great American League that helped build our dreams as young footballers in a Hotbed called Philadelphia. Our History in the game speaks for itself!

Like · Reply



**Terry Cecil**  3d
CEO & Chief Sustainability Officer International Sponsor Council / Intl Neurodiversity Alliance / Pi…

Excellent post, Werner. People don't understand that when an expired trademark is purchased and secured, it doesn't give you the right to a previous history. It provides usage going forward. When an expired sport-related trademark is secured, it also

doesn't provide a right to name, image and likeness of former players without their consent. Great way to get sued. Even attempting to suggest their is a relationship is fraudulent.

Like · Reply | 1 Reaction



**Antonio J. Soave**  4d
Mergers & Acquisitions - Turnaround Specialist: President at Gulf Global Synergies (GGS), Author,…

You were an awesome players for the Cosmos, Werner, and you are an extraordinary Ambassador for soccer.  God bless you.

Like · Reply

See more comments

To view or add a comment, **sign in**

LinkedIn © 2025    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls

Community Guidelines    Language



lived, never loved, and clearly never understood.

Because to the people who were there — on the field, in the stands, and in the trenches — your little coup isn't a revival. It's a farce. A costume party. A cheap hustle dressed up in sacred colors.

And we see you.

Sincerely,
Someone Who Was Actually There

54 · 27 Comments

Like         Comment         Share

**Jim P.**    4w
Brand Builder/Strategist/CEO of Brands That Stand; President and/or Chairman of 30+ corporate, ...

Well said Werner

Like · Reply    1 Reaction

**David Vaudreuil**    4w
Managing Member Pro Soccer Experience LLC

Werner, 👊👊👊👏👏👏

Like · Reply    1 Reaction

**Nick Sakiewicz**    3w
Founder @ NES Sports & Real Estate Development

Well said, Werner! Individuals like this will never build a great future for American soccer without first learning from, respecting, and honoring the history and the people who laid the foundation of the game.

Growing up in the shadow of Giants Stadium, watching you and the Cosmos,

Engineering

Soft Skills

See All

inspired me to dedicate my life to growing the game — from helping to launch and build MLS to developing two soccer-specific stadiums over the past two decades.

In other parts of the world, the history of the game is deeply embedded in player development, identity, and values. Unfortunately, in America, that connection has too often been overlooked — a systemic issue that continues to hold us back.

Like · Reply   | 1 Reaction



**Scott Michaels**    4w
Football Rebel | 25K+ Subs | 20M+ Views Founder, Football Is For The Fans™ + Supporters Party …

There's something uniquely fragile about a man who thinks a legacy lives or dies on his personal permission slip.

Let's get it straight: football legacies belong to the fans, not to former players polishing their medals in the mirror. The New York Cosmos brand was left for dead by corporate clowns for decades — and you stood by. You had your shot to protect it. You didn't. So I did.

And cut the lectures, because I see the game here. It looked to me like you and your pal Shep Messing were sniffing around for Rocco last week — after nearly an hour on the phone with me. I clocked it from a mile off, fed him a nice trail of misdirection, and you all ended up chasing shadows. Then you try to change the narrative, claiming victory when he was forced Rocco to rename the team? You're letting Rocco tickle your ego while he pivots to this half baked NJ USL — that's not strategy, that's getting played.

You call me an opportunist? Good. Because the opportunity is to put this club back in the hands of fans — and you're attempting to block the door like a retired mall cop with a rusted padlock.

History isn't yours to hoard. It's ours to grow. And I'll die on that hill before I let the New York Cosmos and NASL become a dusty footnote.

Like · Reply   | 8 Reactions

**John Boa**  4w
Operations & Growth

👏 🤜

Like · Reply | 1 Reaction

**Charles Cuttone**  3w
CEO at Sports Vue Interactive

Well said my friend. Still our captain.

Like · Reply | 3 Reactions

**Christopher Brain**  4w
Creative Business Strategist| Senior Executive Expert|Sport Enthusiast

Well done Werner...

Like · Reply | 2 Reactions

**Robert Heyn**  4w
Digital Learning Consultant Apprenticeships Team @ QA Ltd

Robots fighting

Like · Reply

**Terry Weekes**  4w
Sports Marketing and Sales Executive

Very well said Werner!

Like · Reply | 2 Reactions

**Daniel Naccarella, MBA**  4w
CFO/CCO at an Investment Advisor

Bravo, W.   Well said my friend!

Like · Reply | 1 Reaction

**See more comments**

To view or add a comment, sign in

LinkedIn © 2025    About    Accessibility    User Agreement    Privacy Policy    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls

Community Guidelines    Language



If you're tempted to bankroll this latest scheme, ask yourself: would you invest in a horse that's already failed to finish the race… twice?

Scotty, we wish you well as you depart these shores – though not so well that you find fresh victims for the same tired grift. America will not miss you. And UK investors, do yourselves a favor: close your wallets before the opportunist comes knocking.

Bye bye Scotty. And I hope Lady Liberty kicks you in the ass on your way out.

29 · 21 Comments

Engineering

Soft Skills

See All

👍 Like        💬 Comment        ➤ Share

**Daniel Naccarella, MBA**  · 1d
CFO/CCO at an Investment Advisor

yikes **Werner Roth**  I definitely do not want to get on your bad side. 😇

Like  ·  Reply  |  3 Reactions

**Stephen Fishkin**  · 1d

Great to see you call out the TRUTH!

Like  ·  Reply  |  1 Reaction

**Richard Smith**  · 1d
Passionate Leader across Sport, Tech, Music & Media | Ops Ninja | Customer Whisperer (Fluent in…

I'm not sure what's more funny, that knock-off AI generated logo or him chasing around every post and comment like a starving raccoon! 😄 Save the whaffle for the people financing that vanity project for when they come knocking after the Fyre Festival Pt.2!!

Like  ·  Reply  |  3 Reactions

**Joe Cestare**  · 1d

National Director

Again, Captain for a reason.

Like · Reply | 3 Reactions

**Charles Cuttone** 1d
CEO at Sports Vue Interactive

Well said Werner. Frankly, buying the Brooklyn Bridge is a better investment.

Like · Reply | 2 Reactions

**Nadeem Butt** 1d
Founder of WBT. Autistica Play ambassador & advisory board member.

👐

Like · Reply | 1 Reaction

**Scott Michaels** 4h
Football Rebel | 25K+ Subs | 20M+ Views Founder, Football Is For The Fans™ + Supporters Party …

You're trying to write the ending before the whistle's even blown.
Let's be honest: the Cosmos haven't played since 2020. You and your circle sat silent.
Now I pick up the pieces, and suddenly you're the hero? Come off it.

You're not defending a legacy you're defending your relevance.

I'm not done. I'm just warming up.
And when this ends, it won't be your farewell they remember
It'll be the comeback story you tried to bury.

Like · Reply | 1 Reaction

