UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Scott Michaels,

Plaintiff,

v.

Mediacom Communications Corporation,

Defendant.

Case No. 1:25-cv-06596 (RA)(SDA)

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Hon. Ronnie Abrams, U.S. District Judge

Hon. Stewart D. Aaron, U.S. Magistrate Judge

Plaintiff Scott Michaels, appearing pro se, respectfully moves this Court for an emergency Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendant Mediacom Communications Corporation and its affiliate Hinchliffe Sports Partners LLC, to prevent further unauthorized use, commercialization, and interference with Plaintiff's pending and disputed rights in the Cosmos marks.

**1. Background**

1. On September 16, 2025, Judge Garnett in a later-filed related case (*Hinchliffe Sports*

*Partners LLC v. Football Is For The Fans Inc.*, Case No. 1:25-cv-06984-MMG) entered a preliminary injunction against Plaintiff. That order was issued without Hague service being perfected and on the same day the U.S. Marshals Service confirmed service of process on Mediacom in this first-filed action.

2. This Mediacom case (1:25-cv-06596) was the first-filed action. Under the Second Circuit's first-filed rule, this case should control. *First City Nat'l Bank v. Simmons*, 878 F.2d 76, 79 (2d Cir. 1989).

3. Despite that posture, Mediacom and its affiliates are actively using the Cosmos name in New Jersey events, sponsorships, and ticket sales while ownership and validity are under cancellation before the TTAB (Cancellation Nos. 92088618, 92088620, 92088873, 92089013).

---

**2. Irreparable Harm**

Plaintiff is restrained globally under Judge Garnett's $5,000 bond order, while Mediacom and its affiliates freely exploit the Cosmos brand in commerce.

As shown in **Exhibit C**, Defendants are:

- promoting Cosmos-branded games and events at Hinchliffe Stadium,
- selling Cosmos tickets and merchandise online, and
- announcing sponsorships using the Cosmos brand.

As shown in **Exhibit D**, the Cosmos marks are under active cancellation proceedings before the TTAB.

This asymmetry causes immediate reputational harm, undermines Plaintiff's pending trademark applications (U.S., EU, UK, Canada), and misleads the public during the FIFA World Cup 2026

cycle. Courts recognize that unauthorized commercialization during pending disputes constitutes irreparable harm. *Tom Doherty Assocs., Inc. v. Saban Entm't, Inc.*, 60 F.3d 27, 37 (2d Cir. 1995).

**3. Requested Relief**

Plaintiff respectfully requests that this Court:

a. Issue an emergency TRO enjoining Mediacom Communications Corporation and Hinchliffe Sports Partners LLC (as Defendant and affiliate "in active concert or participation" under Fed. R. Civ. P. 65(d)(2)) from using, licensing, or commercially exploiting the "Cosmos" or "New York Cosmos" marks until this dispute is resolved;

b. Set a prompt hearing on a Preliminary Injunction;

c. Direct that, if equitable restraints are imposed, the bond be set no higher than $5,000, matching the amount imposed by Judge Garnett in Case No. 1:25-cv-06984; and

d. Grant such other relief as this Court deems just and proper.

**4. Preservation of Rights**

This motion is filed without waiving Plaintiff's objections to service, jurisdiction, or Hague Convention rights in related matters. Plaintiff expressly reserves all appellate rights.

**Exhibit Index**

**Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction**

*Michaels v. Mediacom Communications Corporation, 1:25-cv-06596 (RA)(SDA)*

- **Exhibit A – Proof of First-Filed Case**

Docket excerpt from *Michaels v. Mediacom* showing case filed August 2025 and service executed Sept. 16, 2025.

- **Exhibit B – Garnett Injunction Order**

Preliminary Injunction entered Sept. 16, 2025 in *Hinchliffe Sports Partners LLC v. FITF* (1:25-cv-06984-MMG).

- **Exhibit C – Evidence of Cosmos Commercialization**

Screenshots of Hinchliffe Stadium website, Vivenu ticketing pages, and sponsorship announcements showing Cosmos events and sales.

- **Exhibit D – TTAB Cancellation Proceedings**

USPTO TTABVUE docket screenshots for Cancellation Nos. 92088618, 92088620, 92088873, and 92089013 confirming Cosmos marks are contested.

- **Exhibit E – Dentons UKIPO Opposition**

UKIPO filing by Dentons citing Garnett injunction as "proof of bad faith."

- **Exhibit F – Dentons Adjournment Letter**

Sept. 24, 2025 letter to Judge Garnett requesting adjournment and admitting Hague service remains incomplete.

Respectfully submitted,

/s/ Scott Michaels

Scott Michaels

Plaintiff, Pro Se

Suite A, 82 James Carter Road

Mildenhall, IP28 7DE

United Kingdom

scottmatchmaker@gmail.com

24th September 2025