UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Scott Michaels,

Plaintiff,

v.

Mediacom Communications Corporation,

Defendant.

Case No. 1:25-cv-06596 (RA)(SDA)

---

# DECLARATION OF SCOTT MICHAELS

IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR TRO AND PRELIMINARY INJUNCTION

I, Scott Michaels, declare pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and appear pro se. I make this declaration in support of my Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

2. **Exhibit A – Proof of First-Filed Case.** Attached as Exhibit A is a true and correct copy of the PACER docket excerpt for *Michaels v. Mediacom Communications Corporation*, Case No. 1:25-cv-06596, showing the case was filed in August 2025, that a summons issued on September 16, 2025, and that the FRCP 4 service package was delivered to the U.S. Marshals Service on September 16, 2025.

3. **Exhibit B – Garnett Injunction Order.** Attached as Exhibit B is a true and correct copy of the Preliminary Injunction entered on September 16, 2025, by Judge Margaret Garnett in *Hinchliffe Sports Partners LLC v. Football Is For The Fans Inc.*, Case No. 1:25-cv-06984-MMG.

4. **Exhibit C – Evidence of Cosmos Commercialization.** Attached as Exhibit C are true and correct copies of pages I accessed and captured from the official New York Cosmos website (**nycosmos.com**) and Vivenu.com. These pages advertise Cosmos-branded games, ticket sales, merchandise, and sponsorships.

5. **Exhibit D – TTAB Cancellation Proceedings.** Attached as Exhibit D are true and correct copies of docket sheets I accessed and captured from the USPTO TTABVUE system, showing active cancellation proceedings involving the Cosmos marks: Cancellation Nos. 92088618, 92088620, 92088873, and 92089013.

6. **Exhibit E – Dentons UKIPO Opposition.** Attached as Exhibit E is a true and correct copy of Dentons LLP's opposition filing submitted to the UK Intellectual Property Office on September 2, 2025, which references the SDNY preliminary injunction in support of its opposition.

7. **Exhibit F – Dentons Adjournment Letter.** Attached as Exhibit F is a true and correct copy of a September 24, 2025 letter filed by Dentons LLP in *Hinchliffe Sports Partners LLC v. Football Is For The Fans Inc.*, Case No. 1:25-cv-06984-MMG, requesting adjournment and admitting that Hague service had not yet been completed.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24 2025, in the United Kingdom.

Respectfully submitted,

/s/ Scott Michaels

Scott Michaels

Plaintiff, Pro Se

Suite A, 82 James Carter Road

Mildenhall, IP28 7DE

United Kingdom