**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Scott Michaels,

Plaintiff,

v.

Mediacom Communications Corporation,

Defendant.

Case No. 1:25-cv-06596 (RA)(SDA)

---

**DECLARATION OF SCOTT MICHAELS**

I, Scott Michaels, declare as follows:

1. I am the Plaintiff in this action and submit this declaration in support of my Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

2. On June 24, 2025, I received an email from Alexander Czako of Wefunder stating that my campaign had been unpublished. He wrote that Wefunder would only republish the campaign if I provided "documentation showing the trademarks in question have been successfully canceled or that you have the rights to use them." A true and correct copy of this correspondence is attached as **Exhibit F-1**.

3. On July 30, 2025, I received a LinkedIn direct message from Amanda Benaim of Dealmaker stating, "The Cosmos will kill it," in reference to my campaign. On September 2, 2025, Ms. Benaim sent me a follow-up message confirming that after internal conversations, Dealmaker could not provide a letter of interest for a "New

York Cosmos" raise, though they were open to supporting other projects I was working on. True and correct screenshots of these messages are attached as **Exhibit F-2**.

4. On July 15, 2025, I received an email from Wefunder notifying me that investor **Azim Ghader** had initiated a $60,000 pledge into my campaign. A true and correct copy of this email is attached as **Exhibit F-3**.

5. This pledge never funded. I cannot state with certainty the reason Mr. Ghader did not complete the investment. However, the timing coincided with (i) the forced removal of "Cosmos" branding from my campaign after Defendant's takedown, and (ii) Defendant's public relaunch of the Cosmos brand on July 10, 2025.

6. Based on these facts, I believe Defendant's assertion of the COSMOS marks directly suppressed and destabilized investor confidence in my projects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2025. in the UK

Respectfully submitted,

/s/ Scott Michaels

Scott Michaels

Plaintiff, pro se