UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Scott Michaels,<br><br>    Plaintiff,<br><br>-against-<br><br>Mediacom Communications Corporation,<br><br>    Defendant. | 1:25-cv-06596 (RA) (SDA) |
| Scott Michaels,<br><br>    Plaintiff,<br><br>-against-<br><br>Werner Roth,<br><br>    Defendant. | 1:25-cv-06942 (RA) (SDA) |
| Scott Michaels,<br><br>    Plaintiff,<br><br>-against-<br><br>United States Patent and Trademark Office et al.,<br><br>    Defendants. | 1:25-cv-07019 (RA) (SDA)<br><br>__ORDER__ |

**STEWART D. AARON, United States Magistrate Judge:**

  WHEREAS, on October 15, 2025, the Court entered an Order to Show Cause ("OTSC") in the three above-captioned actions (10/15/25 OTSC, ECF No. 36, 25-CV-06596; 10/15/25 OTSC, ECF No. 13, 25-CV-06942; 10/15/25 OTSC, ECF No. 12, 25-CV-07019); and

WHEREAS, the OTSC in each action required Plaintiff, no later than October 22, 2025, to show cause in a writing filed to the ECF docket why each action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(A); and

WHEREAS, Plaintiff has yet to file a response to the OTSC in any of the actions.

NOW, THEREFORE, it is hereby **ORDERED** that, no later than October 28, 2025, in each action Plaintiff either shall (1) respond to the OTSC, or (2) pay the filing fee. If Plaintiff fails to respond or pay the filing fee in any action, such action shall be dismissed without prejudice by the presiding judge.

**SO ORDERED.**

Dated: New York, New York
October 24, 2025

_____
STEWART D. AARON
United States Magistrate Judge